AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
для
District of Columbia

| | |
|---|---|
| ANATOLIE STATI, GABRIEL STATI, ASCOM GROUP, S.A., TERRA RAF TRANS TRAIDING LTD. *Plaintiff* v. REPUBLIC OF KAZAKHSTAN *Defendant* | ) ) ) ) ) ) Civil Action No. 14-1638 (ABJ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __07/16/2019__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __8/12/19__

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk